Appeal No. 12-14-00040-CR   Trial Court No. 114-1268-13

| Lawrence Kelvin | § | In the ~~district court~~ |
| WALKER, JR. | § | ~~12th Judicial District~~ |
| Vs. | § | Twelfth Court |
| State of Texas | § | ~~Sixth~~ |
| LaJuanda Lacy | § | Of Appeals |

FILED IN COURT OF APPEALS
12th Court of Appeals District
APR 27 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Motion to Compel production & deliver
of Attorney / Client file

To The Honorable Judge of Said Court:

Comes now, Lawrence K. WALKER JR., movant pro se, in the above-styled numbered cause, & respectfully files & submits this his motion to compel productions of attorney/client file for attorney Lajuanda Lacy to produce & deliver the attorney/client file to Lawrence Kelvin Walker Jr. Pro Se Defendant, Lawrence K. WALKER Jr. shows the following in support of an Order to compel production of Attorney/client file.

## I

Attorney LaJuanda Lacy was retained/appointed to represent Lawrence K. Walker Jr. during the criminal proceedings in this case, which began on January 27, 2014 & concluded on January 30, 2014, thus ending attorney LaJuanda Lacy's representation. Lawrence K. Walker Jr. has formally requested his entire & complete attorney/client file on October 23, 2014. See attached Exhibit A. Attorney LaJuanda Lacy has failed to respond to request, nor notified Lawrence K. Walker Jr. for reasons for his inability to fulfill request for entire & complete attorney/client file. Pro Se defendant Lawrence K. Walker Jr. saw attorney Lajuanda Lacy December 26, 2014 & tried to contact attorney Lajuanda Lacy for attorney/client file, but the attempt failed. As provided in request, attorney LaJuanda Lacy was given sufficient time to respond & notice was given should attorney LaJuanda Lacy failed to respond or act.

## II

Relationship of attorney : client is one of principal : agent. Duval County Ranch Co v Alamo Lumber Co, 663 S.W. 2d 627 (TEX. App - Amarillo (1983). Under Texas Law, lawyer is agent of his/her client Augustan v Linea-Aerea Nacional- chile SA, 76 F 3d 658 (5th Cir. 1996). It is well established that Lawrence K. Walker Jr : attorney LaJuanda Lacy had an attorney/client relationship when attorney was retained /appointed or otherwise. See Sampson v. State, 854 sw2d 659 (TEX. App - Dallas 1992). The papers : documents which were generated by the attorney in representing the client belongs to the client. Kennedy v Gulf Coast Cancer : Diagnostic Center at Southeast, Inc. 326 Sw 3d 552 (TEX. App - Houston [1st] 2010); In Re George, 28 sw 3d 511 (TEX. 2000). When client request these papers : documents from attorney, said attorney has a duty to promptly deliver to client. See: Nolan v Foreman, 665 F. 2d 738 (5th Cir. 1982); Hebisen v State, 615 sw 2d 866 (TEX. Civ. App - Houston [1st] 1981). Pro Se Defendant Lawrence K. Walker Jr. has requested the entire : complete attorney/client file from attorney LaJuanda Lacy, who has failed to fulfill the request to promptly deliver. (See Ex.A). Texas Disciplinary Rules Of Professional Conduct provides," a lawyer shall promptly deliver to the client... any funds or other property that the client... is entitled to recieve..." Rule 1.14 (b)" Upon termination of representation, a lawyer shall take steps to the extent reasonably practible to protect a clients interest, such as "lacy" surrending papers : property to which the client is entitled"... Rule 1.15 (d); see also Burnett v. Sharp, 2010 wc 4132211 (TEX. App. - Houston [14th Dist] 2010).

While attorney may wish to charge client for copy of file before he delivers to client, thus charging client for his/her own property. Under Texas Law, entire contents of an attorney's client file belonged to client; however, attorney could copy, at his own expense, portions of file the he/she wanted to retain. Resolution Trust Corp v H---. Pc 128 F.R.D 647 (N.D. TEX. 1989). Thus, a court should not deprive a client of his or her property without compelling reason. Attorney LaJuanda Lacy has not put forth any reason compelling otherwise, for her failure to deliver the entire attorney/client file.

Therefore, Lawrence K. Walker Jr. contends he has shown that attorney LaJuanda Lacy has failed in his/her duty under Texas law to promptly deliver entire attorney/client file as requested.

## Prayer

Wherefore, Premises considered, the movant Lawrence K. Walker Jr, prays this Honorable Court finds attorney LaJuanda Lacy has failed in his/her duties, Orders attorney LaJuanda Lacy to promptly deliver the entire & complete contents of attorney/client file to Lawrence K. Walker Jr, & any further relief deemed necessary & proper by this court, in the interest of Justice.

March 24, 2015

Respectfully Submitted,
Pro Se Defendant: Lawrence K. Walker Jr.

Lawrence K. Walker Jr.

## Certificate of Service

This is to certify that on March 24, 2015, a true & correct copy of the above & foregoing document was served on the District Attorney's Office, Smith County, 100 N. Broadway, 4th Floor, Tyler, Texas 75702, by regular mail, **except it was sent** to The 114th District Court Smith County, Texas & now I'm sending this motion to The Twelfth Court of Appeals.

Lawrence K. Walker Jr.

Lawrence K. Walker Jr.